

# Fourth Court of Appeals
## San Antonio, Texas

September 5, 2014

No. 04-14-00577-CV

**IN THE INTEREST OF J.J.C., A.C., JE.J.C.**, Children,

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-PA-02118
Honorable Charles E. Montemayor, Judge Presiding

## O R D E R

The pro se's motion to extend time to file a docketing statement is **DENIED**. This court forwarded the pro se's affidavit of indigence and motion for appointment of appellate counsel to the trial court. The trial court has determined appellant remains indigent and has appointed appellate counsel for appellant. Appellant's appointed appellate counsel is Joseph K. Bohac. Mr. Bohac's address is: 111 Soledad, Suite 300, San Antonio, Texas 78205. His phone number is 210-308-0600, and his fax number is 210-308-0678. Appointed counsel is now responsible for all filings in this court. Appellant's brief is currently due September 23, 2014.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of September, 2014.

_____
Keith E. Hottle
Clerk of Court